**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: K.C.K.S., A MINOR | : | No. 335 EAL 2022 |
| | : | |
| | : | |
| PETITION OF: K.S., MOTHER | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | | |
| IN THE INTEREST OF: K.-C.K.S., A MINOR | : | No. 336 EAL 2022 |
| | : | |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| PETITION OF: K.S., MOTHER | : | from the Order of the Superior Court |

## ORDER

**PER CURIAM**

 **AND NOW**, this 19th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.